IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| KENNETH WALLOR,<br><br>*Plaintiff,*<br><br>v.<br><br>MICHAEL J. ASTRUE,[1]<br>Commissioner of Social Security,<br><br>*Defendant.* | No. 2:06-0080<br>Judge Nixon<br>Magistrate Judge Griffin |

## ORDER

Pending before the Court is Plaintiff Kenneth Wallor's Motion for Judgment on the Administrative Record ("Plaintiff's Motion") (Doc. No. 16), to which the Defendant Commissioner of Social Security filed a Response in Opposition (Doc. No. 19). On June 30, 2009, Magistrate Judge Griffin issued a Report and Recommendation ("Report") (Doc. No. 20), to which no objections have been filed. Upon review, the Court finds the Report to be well-founded and supported by the record. The Court therefore **ADOPTS** the Report in its entirety. Accordingly, Plaintiff's Motion is **DENIED** and the Commissioner's decision is **AFFIRMED**. This Order terminates this Court's jurisdiction over the above-styled action and the case is **DISMISSED**.

It is so ORDERED.

Entered this the 30th day of July, 2009.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Michael J. Astrue is automatically substituted for his predecessor Jo Anne Barnhart as Commissioner of Social Security pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.